# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

IGNACIO ARELLANO FLORES,

　　　　Petitioner,

　　v.

RON MURRAY, et al.,

　　　　Respondents.

Case No. 1:26-cv-02897-JLT-SAB-HC

ORDER VACATING SEPTEMBER 19, 2026 HEARING ON MOTION FOR ATTORNEY FEES

On August 12, 2026, Petitioner filed a motion for attorney fees with a hearing set for September 19, 2026. (ECF No. 14.)

The Court HEREBY VACATES the September 19, 2026 hearing. If the Court finds that a hearing is necessary, the Court will set a new date.

IT IS SO ORDERED.

Dated: __**August 13, 2026**__

_____

STANLEY A. BOONE
United States Magistrate Judge